# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| GERMANY SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:21-00115-CV-RK |
| | ) |
| GENESH, INC., KANSAS CORPORATION; | ) |
| | ) |
| Defendant. | ) |

## ORDER

On April 12, 2021, the Court granted the parties' joint motion to stay this case, directing the parties to file a status update every sixty days while the case is stayed. (Doc. 8.) The last status report was filed December 20, 2021. (Doc. 16.) That status report indicated that "[a]bsent any letter from the Employment Opportunity Commission ("EEOC"), Plaintiff will request her right to sue letter from the EEOC by the end of December." (*Id.*) The parties requested "the Court to permit the case to continue and grant the parties 20 days to submit a proposed scheduling order and a protective order." (*Id.*)

Accordingly, the Court **ORDERS** as follows:

(1) The stay is **LIFTED**; and

(2) The parties are to file and submit a proposed scheduling order and any proposed protective order on or before January 26, 2022, unless otherwise directed by the Court.

**IT IS SO ORDERED.**

/s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: January 6, 2022